**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JERMAINE LITTLE,

    Plaintiff,

v.

    Case   No.   1:21-cv-02772-WMR-RDC

PORTFOLIO RECOVERY
ASSOCIATES,

    Defendant.

_____ /

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO COMPLAINT**

Defendant, Portfolio Recovery Associates, LLC, by and through its undersigned attorneys and in accordance with LR 7.1, NDGa., hereby files this, its Motion for Extension of Time to Respond to Complaint, and states as follows:

**MOTION**

1.      The current deadline for Defendant to respond to the Complaint is August 3, 2021.

2.      The undersigned attorneys were recently retained to represent Defendant in this matter.

3.      Defendant and the undersigned attorneys require additional time to review the allegations of the Complaint, gather and review pertinent documents and information, confer with each other, determine what defenses may exist, and otherwise formulate an appropriate response to the Complaint.

4.      Extra time is especially needed given the breadth and vagueness of Plaintiff's allegations. (See, e.g., Compl. ¶¶ 22-23, alleging: "Plaintiff alleges Defendant violated the Fair Credit Billing Act, Truth in Lending Act and its implementing Regulation Z and the Electronic Funds Transfer Act. …. There are five parts to TILA, each with multiple sections…Plaintiff avers the Defendant violated the provision pertaining to truthfulness in Credit Transactions.") Additional time is necessary to make sense of these confusing allegations and prepare a detailed, thoughtful response to them.

5.      For these reasons, Defendant respectfully requests that the deadline to respond to the Complaint be extended by 20 days.

6.      This motion is being filed in good faith, and not for purposes of delay. No party will be unduly prejudiced if the requested extension of time is granted.

## MEMORANDUM OF LAW

The Court has authority to extend the deadline for Defendant to respond to the Complaint pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure. Fed. R. Civ. P. 6(b)(1)(A). Good cause exists for the Court to grant the extension of time requested by this motion for the reasons outlined above. To wit, the undersigned counsel were just recently retained and the Complaint is so vague and confusing that

additional time is necessary to prepare a thoughtful, appropriate response. Moreover, no party will be unduly prejudiced if the requested extension is granted.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting this motion, extending the deadline for it to respond to the Complaint by 20 days, and granting Defendant such other and further favorable relief as the Court deems just and proper.

## LR7.1(D) CERTIFICATION

In accordance with LR 7.1(D), NDGa., the undersigned certifies that this brief has been prepared with one of the font and point selections approved by the Court in LR 5.1(B) (Times New Roman, 14 point font).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2021, this document was electronically filed through the Florida ePortal Filing System and served via U.S. mail on the following:

Jermaine Little
2825 Cold Springs Trail SW
Marietta, GA 30064

*/s/ Robert Sickles, Esq.*
Robert E. Sickles, Esq.
Georgia Bar No. 840892
**DINSMORE & SHOHL LLP**
201 North Franklin Street, Suite 3050
Tampa, FL 33602
Phone: (813) 543-9848
Primary: robert.sickles@dinsmore.com
Secondary: kim.novak@dinsmore.com
Secondary: eileen.garvey@dinsmore.com
*Counsel for Defendant*

4