IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 01 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

JERMAINE LITTLE,

　　　　　　　　　*Plaintiff*,

　　　　v.

PORTFOLIO RECOVERY ASSOCIATES

　　　　　　　　　*Defendant*.

Civil Action No. _____

1:21-CV-2772-WMR

## AMENDED COMPLAINT FOR DAMAGES, EQUITABLE, AND OTHER REMEDIES

　　　　Plaintiff JERMAINE LITTLE (hereinafter "Plaintiff" or "Jermaine") sues Defendant PORTFOLIO RECOVERY ASSOCIATES (hereinafter "Defendant" or "PORTFOLIO RECOVERY ASSOCIATES") and alleges as follows:

### I.
### INTRODUCTION

　　　　1.　　This action arises out of Defendant's breach of their duty under Gramm Leach Bliley Act (hereinafter "GLBA"), and United States' statutory and common law. According to GLBA, financial institutions have a duty to protect personally identifiable information of their customers.

　　　　2.　　Plaintiff seeks injunctive relief, compensatory damages, punitive damages, and litigation expenses as remedies for Defendant's violations of their duty under GLBA and common law rights.

　　　　3.　　The Privacy Rule, which implemented Sections 501-509 of the GLBA, 15 U.S.C. §§ 6801-6809, was originally promulgated

1

by the FTC on May 24, 2000, and became effective on July 1, 2001. In 2010, the Dodd-Frank Act consolidated most Privacy Rule-related rulemaking authority under the GLBA in the Consumer Financial Protection Bureau ("CFPB"). The CFPB then restated the implementing regulations in Regulation P, 12 CFR part 1016, in late 2011 (hereinafter "Regulation P"). The GLBA authorizes both the CFPB and the FTC to enforce Regulation P. 15 U.S.C. § 6805.

4.   Regulation P requires a financial institution to provide, no later than when a customer relationship arises and annually for the duration of that relationship, a clear and conspicuous notice to customers that accurately reflects the financial institution's privacy policies and practices, including its security policies and practices. 12 C.F.R. §§ 1016.4-1016.6.

5.   The privacy notice must include specified elements, including the categories of non-public personal information the financial institution collects and discloses, the categories of third parties to whom the financial institution discloses the information, and the security and confidentiality policies of the financial institution. 12 C.F.R. § 1016.6.

6.   PORTFOLIO RECOVERY ASSOCIATES is a "financial institution" as defined in Section 509(3)(A) of the GLBA, 15 U.S.C. § 6809(3)(A) and is subject to the enforcement of Regulation P pursuant to Section 505 of the GLBA, 15 U.S.C. § 6805(a)(7), and 12 C.F.R. § 1016.3(1)(3).

7.   PORTFOLIO RECOVERY ASSOCIATES collects and maintains sensitive financial information from its customers and prospective customers, including names.

8.   On April 18, 2018, PORTFOLIO RECOVERY ASSOCIATES bought Plaintiff's account(s), and to date, it is yet to provide Plaintiff with GLBA notice requirements in breach of the duty of care owed to Plaintiff.

## II.
## PARTIES

9.   Plaintiff is an adult person of sound mind residing in Marietta, GA.

10.   Defendant is a debt collection agency that, among other things, purchases debt from creditors throughout the United States and then attempts to collect that debt. Its principal place of business is at 120 Corporate Blvd, Norfolk, Virginia 23502.

## III.
## JURISDICTION AND VENUE

11.   This Court has jurisdiction over the subject matter of this action and the parties pursuant to 28 U.S.C. § 1331 because the cause of action giving rise to this case is a civil action arising under the laws of the United States. This Court also has jurisdiction pursuant to 28 U.S.C. 1343 because Plaintiff seeks damages for violation of his civil rights.

12.   Venue is proper in, and Defendant is subject to the personal jurisdiction of, this Court because Defendant maintains business operations in this District, and all or most of the

events giving rise to this action occurred in this District. 28
U.S.C. § 1391(b); 42 U.S.C. § 2000e-5(f)(3).

## IV.
### STATEMENT OF FACTS

13.  At all times material to this action, Jermaine was
Defendant's customer by virtue of the business operations of
PORTFOLIO RECOVERY ASSOCIATES.

14.  On or around April 18, 2018, PORTFOLIO RECOVERY
ASSOCIATES bought Plaintiff's account(s) as part of its business
operation mechanism. **(Exhibit A)**

15.  Under the GLBA, financial institutions subject to the
statute have an obligation to tell their customers about their
information-sharing practices and explain to customers their
right to opt out if they do not want their information shared
with certain third parties. The GLBA required all such financial
institutions to comply by July 1, 2001.

16.  Despite the statutory requirement, Defendant has not
established a system to provide each consumer they service with
a clear, conspicuous, and accurate privacy notice initially and
annually.

17.  On June 22, 2021, and June 23, 2021, Ursula Giles the
Senior Ops Manager, together with other members of the
department, spoke with Plaintiff and demanded full payment
before compliance with GLBA's privacy policy notice and opt-out
notice provisions.

18.   To date, PORTFOLIO RECOVERY ASSOCIATES has failed, refused, and/or neglected to comply with both the notice as well as opt-out provisions of the GLBA.

19.   Further, PORTFOLIO RECOVERY ASSOCIATES has failed to properly train each of its team members on the requirements and provisions of the GLBA. On June 22, 2021, and June 23, 2021, Plaintiff questioned over forty (40) current employees of PORTFOLIO RECOVERY ASSOCIATES on a recorded line requesting the description of Defendant's privacy policy and opt-out notice. About 90-95% of the employees were not aware of such requirements.

20.   Plaintiff has repeatedly sent in vain both written and verbal requests to PORTFOLIO RECOVERY ASSOCIATES demanding for full compliance with the GLBA before discussing any payment terms on any accounts, including on August 13, 2020, September 9, 2020, November 8, 2020, December 15, 2020, February 2, 2021, April 1, 2021, May 30, 2021, June 9, 2021, June 10, 2021, July 22, 2021, and August 15, 2021. **(Exhibit B)**

21.   Since Plaintiff blew whistle of PORTFOLIO RECOVERY ASSOCIATES wrongdoings, Defendant has been behaving unusually and, in ways detrimental to Plaintiff, including:

(a)   intentionally re-aging an old credit account to adversely affect Plaintiff's credit report scoring. Plaintiff first noticed account re-aged around May of 2021;

5

(b)   intentionally blocking and/or disguising Plaintiff's online and offline access to accounts reporting to credit bureaus within Defendant's institution. Plaintiff first noticed such an incident around May of 2021. **(Exhibit C)**

22.   On December 16, 2020, February 1, 2021, May 24, 2021, June 9, 2021, and June 23, 2021, PORTFOLIO RECOVERY ASSOCIATES falsely certified to Consumer Financial Protection Bureau and other nongovernmental authorities that they are operating in compliance with the GLBA privacy policy provisions. **(Exhibit D)**

V.

**CLAIMS**

**COUNT I: NEGLIGENCE ON THE PART OF LVNV FUNDING**

23.   Plaintiff incorporates herein by reference the allegations of the previous paragraphs of this Complaint as if each were fully set forth herein in their entirety.

24.   At all times material hereto, Defendant was a financial institution as defined by GLBA with the duty to, *inter alia*, safeguard its customers' personally identifiable information from any unauthorized use and/or disclosure by, *inter alia*,

(a)   providing, no later than when a customer relationship arises and annually for the duration of that relationship, a clear and conspicuous notice to customers that accurately reflects the financial institution's privacy policies and practices, including its security policies and practices;

6

(b)     training their personnel to ensure compliance with the requirements of the GLBA; and

(c)     telling their customers about their information-sharing practices and explaining to customers their right to opt-out if they do not want their information shared with certain third parties.

25.   Defendant was negligent in ensuring compliance with the provisions of GLBA regarding Plaintiff's case in at least the following ways:

(a)     Failing to inform Plaintiff of their information-sharing practices;

(b)     Failing to explain to Plaintiff of his right to opt-out should Plaintiff object to the sharing of his personal information with certain third parties;

(c)     Failing to provide Plaintiff with GLBA notice requirements;

(d)     Failing to adequately train their personnel to ensure compliance with the requirements of the GLBA;

(e)     Failing to establish a system with procedures and policies to ensure that consumers' non-public and personal information is safeguarded and kept in a confidential manner; and

(f)     Otherwise failing to act reasonably and prudently as a financial institution should under the circumstances.

26.   Defendant   owed   a   duty   of   "extreme   care"   in   its
collection,   storing,   handling,   and   sharing   of   personally
identifiable   financial   information   pursuant   to   the   GLBA.
Defendant failed to meet this required standard of care, which
failure  caused  and  continues  to  cause  emotional  distress  to
Plaintiff.

27.   As a direct and proximate result of the negligence of
Defendant,  Plaintiff  suffered  and  continues  to  suffer  severe
emotional distress.

28.   As  a  direct  and  proximate  result  of  negligence  of
Defendant,  Plaintiff  is  entitled  to  recover  general  damages  in
an amount that will be proven at trial.

### COUNT II: DECEPTION

29.   Plaintiff   incorporates   herein   by   reference   the
allegations of the previous paragraphs of this Complaint as if
each were fully set forth herein in their entirety.

30.   On December 16, 2020, February 1, 2021, May 24, 2021,
June 9, 2021, and June 23, 2021, PORTFOLIO RECOVERY ASSOCIATES
falsely certified to Consumer Financial Protection Bureau and
other nongovernmental authorities that they are operating in
compliance with the GLBA privacy policy provisions. **(Exhibit D)**

31.   Based on such misrepresentations, Plaintiff believed
that Defendant was indeed operating in compliance with the GLBA.

32.   Defendant knew that such representations were false,
or had no belief in their truth, or was reckless whether they
were true or false.

8

33. Defendant intended that its consumers, including Plaintiff, rely on their representations which were false.

34. Plaintiff relied on the misrepresentations, which consequently exposed him to mental anguish.

35. As a direct and proximate result of misrepresentations of Defendant, Plaintiff is entitled to recover general damages in an amount that will be proven at trial.

<u>**COUNT III: RETALIATION**</u>

36. Plaintiff incorporates herein by reference the allegations of the previous paragraphs of this Complaint as if each were fully set forth herein in their entirety.

37. Recently, Plaintiff blew whistle on Defendant's wrongdoings, which has since made Defendant act unusually towards Plaintiff by, *inter alia*,

> (a)   intentionally re-aging an old credit account to bring great harm to Plaintiff's credit report scoring; and
>
> (b)   intentionally blocking and/or disguising Plaintiff's online and offline access to accounts reporting to credit bureaus within Defendant's institution. **(Exhibit C)**

38. It is Plaintiff's whistleblowing act on the wrongdoings of Defendant that has made Defendant behave in such unusual ways towards Plaintiff.

39.   As  a  direct  and  proximate  result  of  Defendant's retaliatory acts, Plaintiff has suffered and continues to suffer damages.

40.   As a direct and proximate result of retaliatory acts, Plaintiff is entitled to recover general damages and a permanent injunction against Defendant's harmful acts.

## COUNT IV: PUNITIVE DAMAGES

41.   Plaintiff  repeats,  realleges,  and  incorporates  the allegations of the preceding paragraphs of this Complaint as if each were fully set forth herein in entirety.

42.   Defendant's acts and omissions were willful, wanton, and  demonstrated  that  entire  want  of  care  which  raises  the presumption of conscious indifference to consequences.

43.   Accordingly,  Defendant  is  liable  to  Plaintiff  for punitive damages to punish, penalize, and deter Defendant from similar conduct in the future.

### VI.
### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for relief as follows:

(a)   For Judgment against Defendant to compensate Plaintiff for his emotional pain and suffering;

(b)   That Plaintiff obtains a judgment against Defendant in an amount determined to be fair and reasonable in the minds of a fair and impartial jury;

(c)     For punitive damages against Defendant in an amount the jury believes to be just, fair and equitable, given the facts and issues in this case;

(d)     A permanent injunction compelling Defendant to comply with the provisions of GLBA and desist from violating the same;

(e)     A permanent injunction compelling Defendant to refrain from interfering with Plaintiff's access to the accounts;

(f)     All costs of this action.

(g)     All other relief as the Court deems just and proper.

## VII.
### DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury.


Dated: _____Sept 1_____, 2021.


                                        JERMAINE LITTLE
                          By: _____
                                        Pro Se Plaintiff

                          2825 COLD SPRINGS TRAIL SW
                                  MARIETTA, GA 30064

                                  PHONE: 678-931-9332

# EXHIBIT A





**Portfolio Recovery
Associates,LLC now owns
your account**

Capital One Services, LLC
P.O. Box 30285
Salt Lake City, UT 84130-0285

April 19, 2018

JERMAINE LITTLE
2825 COLD SPRINGS TRL SW
MARIETTA, GA 30064

Re: Account Number : 5178058320205670
Capital One

Dear JERMAINE LITTLE,

We wanted to let you know about a change to your credit card account referenced above. Your credit card account with a balance of $1,376.10 was acquired by Portfolio Recovery Associates,LLC on or about April 18, 2018. Portfolio Recovery Associates,LLC now owns your account and may contact you either directly or through an affiliate or third party.

If you have any questions about your account, please contact Portfolio Recovery Associates,LLC at:

Portfolio Recovery Associates,LLC
1-800-772-1413
PO Box 12914

Norfolk, VA 23541

Sincerely,
Capital One®

**THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.**

© 2018 Capital One. Capital One is a federally registered service mark. All rights reserved.

**Portfolio Recovery Associates, LLC**



May 3, 2018

**Seller:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor Address:** 4851 COX ROAD, GLEN ALLEN VA 23060
**Creditor to Whom Debt is Owed:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Account Number:** 5178057856735332
**Current Balance:** $1,575.49

JERMAINE LITTLE,

Welcome to PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA, LLC")! We want to help you resolve this account, so call us at 1-800-772-1413 for low payment options. If paying off this debt is difficult for you please call anyway, because we have payment options for almost every budget.

PRA, LLC purchased account 5178057856735332 on 04/23/2018. All future payments for this account, including credit counseling service payments, should be directed to us.

> Call toll-free at 1-800-772-1413 to discuss payment arrangements
> 8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun. (EST)
> Contact us at help@portfoliorecovery.com to communicate with us by e-mail.

**Various Payment Options Available Including:**

| Pay by Phone: ☎ | Mail: ✉ | Online: 🖥 |
|---|---|---|
| • Authorize automatic withdrawals from your bank account<br><br>• Complete a debit card payment | • Complete the attached coupon<br>• Make all checks and payments to: PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | • Complete a payment from your checking account<br><br>• Pay us online at:<br>www.prapay.com |

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

**This communication is from a debt collector and is an attempt to collect a debt.**
**Any information obtained will be used for that purpose.**
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                    001

DEPT 922    2105147218051
PO BOX 4115
CONCORD CA 94524

Account Number: 5178057856735332

ADDRESS SERVICE REQUESTED

Payment Amount: _____



JERMAINE LITTLE
14550 HARRISON ST
LIVONIA MI 48154-3912

001
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541



PRA001-0503-1029101846-02665-2665

**MAKE ALL CHECKS PAYABLE TO:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**SEND ALL PAYMENTS TO:** PORTFOLIO RECOVERY ASSOCIATES, LLC, P.O. Box 12914, Norfolk, VA 23541

**COMPANY ADDRESS:** PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 Corporate Boulevard, Norfolk, VA 23502

**DISPUTES:** Call 1-800-772-1413 or write to: Portfolio Recovery Associates, LLC, Disputes Department, 140 Corporate Blvd., Norfolk, VA 23502
**DISPUTES E-MAIL ADDRESS:** PRA_Disputes@portfoliorecovery.com

**QUALITY SERVICE AVAILABLE Mon. - Fri, 8 AM to 6 PM (EST)**
Not happy with the way you were treated?  Our company strives to provide professional and courteous service to all our customers.  Contact one of our staff to discuss issues related to our quality of service to you by phone at 1-800-772-1413 or by e-mail at PRACustomerCare@portfoliorecovery.com.

**PRIVACY NOTICE:** We collect certain personal information about you from the following sources: (a) information we received from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**NOTICE:** If this account is eligible to be reported to the credit reporting agencies by our company, we are required by law to notify you that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

We are required under state law to notify consumers of the following rights.  This list does not include a complete list of rights consumers have under state and federal laws:

**CALIFORNIA:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

**COLORADO:** Office located at 4600 South Syracuse Street, Suite 966, Denver, CO 80237. Telephone 1-866-508-4751. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**MAINE:** Telephone number at licensed location is 1-800-772-1413. Hours of operation at licensed location are 8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun. (EST).

**MASSACHUSETTS:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**NEW YORK CITY:** City of New York License Numbers 1096994, 1394695, 1394697, 1394696, 1394698, 2045465, 2052875, 2061138, 2063671.

**NORTH CAROLINA:** Collection Agency Permit No. 4132.

**TENNESSEE:** This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance. (#00000770)



 **Portfolio Recovery Associates, LLC**

**Seller:** CAPITAL ONE BANK (USA) N.A.                                                                                                                                              May 3, 2018
**Original Creditor:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor Address:** 4851 COX ROAD, GLEN ALLEN VA 23060
**Creditor to Whom Debt is Owed:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Account Number:** 5178058320205670
**Current Balance:** $1,376.10

JERMAINE LITTLE,

Welcome to PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA, LLC")! We want to help you resolve this account, so call us at 1-800-772-1413 for low payment options. If paying off this debt is difficult for you please call anyway, because we have payment options for almost every budget.

PRA, LLC purchased account 5178058320205670 on 04/23/2018. All future payments for this account, including credit counseling service payments, should be directed to us.

> **Call toll-free at 1-800-772-1413 to discuss payment arrangements.**
> **8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun. (EST)**
> **Contact us at help@portfoliorecovery.com to communicate with us by e-mail.**

**Various Payment Options Available Including:**

| **Pay by Phone:** ☎ | **Mail:** ✉ | **Online:** 🖥 |
|---|---|---|
| • Authorize automatic withdrawals from your bank account<br><br>• Complete a debit card payment | • Complete the attached coupon<br>• Make all checks and payments to:<br>  PORTFOLIO RECOVERY<br>  ASSOCIATES, LLC<br>  P.O. Box 12914<br>  Norfolk, VA 23541 | • Complete a payment from your checking account<br><br>• Pay us online at:<br>  www.prapay.com |

> Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

**This communication is from a debt collector and is an attempt to collect a debt.**
**Any information obtained will be used for that purpose.**
**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**                                           001

DEPT 922    2105462318056
PO BOX 4115
CONCORD CA  94524                                                        Account Number: 5178058320205670

                                                                          Payment Amount: _____

ADDRESS SERVICE REQUESTED

 JERMAINE LITTLE
14550 HARRISON ST
LIVONIA MI 48154-3912

001
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

**MAKE ALL CHECKS PAYABLE TO:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**SEND ALL PAYMENTS TO:** PORTFOLIO RECOVERY ASSOCIATES. LLC, P.O. Box 12914, Norfolk, VA 23541

**COMPANY ADDRESS:** PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 Corporate Boulevard, Norfolk, VA 23502

**DISPUTES:** Call 1-800-772-1413 or write to: Portfolio Recovery Associates, LLC, Disputes Department, 140 Corporate Blvd., Norfolk, VA 23502
**DISPUTES E-MAIL ADDRESS:** PRA_Disputes@portfoliorecovery.com

**QUALITY SERVICE AVAILABLE Mon. - Fri. 8 AM to 6 PM (EST)**
Not happy with the way you were treated?  Our company strives to provide professional and courteous service to all our customers.  Contact one of our staff to discuss issues related to our quality of service to you by phone at 1-800-772-1413 or by e-mail at PRACustomerCare@portfoliorecovery.com.

**PRIVACY NOTICE:** We collect certain personal information about you from the following sources: (a) information we received from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**NOTICE:** If this account is eligible to be reported to the credit reporting agencies by our company, we are required by law to notify you that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

We are required under state law to notify consumers of the following rights.  This list does not include a complete list of rights consumers have under state and federal laws:

**CALIFORNIA:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

**COLORADO:** Office located at 4600 South Syracuse Street, Suite 966, Denver, CO 80237. Telephone 1-866-508-4751. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**MAINE:** Telephone number at licensed location is 1-800-772-1413. Hours of operation at licensed location are 8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun. (EST).

**MASSACHUSETTS:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**NEW YORK CITY:** City of New York License Numbers 1096994, 1394695, 1394697, 1394696. 1394698, 2045465, 2052875, 2061138, 2063671.

**NORTH CAROLINA:** Collection Agency Permit No. 4132.

**TENNESSEE:** This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance. (#00000770)

# EXHIBIT B

October 24, 2020

Jermaine Little
2825 Cold Springs Trail SW
Marietta, GA 30064

xxx-xx-4530

PORTFOLIO RECOVERY ASSOCIATES

RE:  **NOTICE * GRAMM LEACH BLILEY ACT * NON-COMPLIANCE REPORTING**

THIS IS NOT a request for verification or validation of debt. This is a NOTICE & DEMAND to PORTFOLIO RECOVERY ASSOCIATES that your institution is not conforming and is currently reporting in non-compliance with the following Gramm Leach Bliley Act statute(s):

**Sec. 6802 - Obligations with respect to disclosures of personal information (a)(b)(c)(d)**

**Sec. 6803 - Disclosure of institution privacy policy (a)(b)**

For the record, I, Jermaine Little, HAVE NOT received an INITIAL nor ANNUAL PRIVACY POLICY NOTICE from your institution as required by the GLBA statute(s) above, nor have I been given a chance to opt-out of my personal information from being shared w/ 3rd parties. So why does PORTFOLIO RECOVERY ASSOCIATES, a non-complaint institution, continue to report negatively on my credit profile and put my privacy at risk?

Until compliance with **Sec. 6802-6803 of the GLBA** can be proven and substantiated, I DEMAND that PORTFOLIO RECOVERY ASSOCIATES PERMANENTLY DELETE the following account(s) within 24 hours and forward to me on company letterhead proof of this occurrence to the address above.

By publishing these noncompliant account(s) on my credit report and distributing them to 3rd parties you are damaging my reputation and credit worthiness. For the record, I have also filed this complaint with my state AG's office.

1) PORTFOLIO RECOVERY ASSOCIATES – 517805*** - No privacy policy disclosures provided. PLEASE DELETE
2) PORTFOLIO RECOVERY ASSOCIATES – 517805*** - No privacy policy disclosures provided. PLEASE DELETE

Thank you for your immediate attention to this matter.

Jermaine Little

# EXHIBIT C



# Jermaine –
# You have 1 account.

- Choose a payment plan, including any offers
- Make payment(s) to reduce your balance
- Manage an active plan

**CAPITAL ONE BANK (USA), N.A.**                Account Number ****5332

Status: No pending payment or plan

Account Number: ****5332

Account Balance:

## $1,575.49

Seller: CAPITAL ONE BANK (USA), N.A.

Creditor to Whom Debt is Owed: PORTFOLIO RECOVERY ASSOCIATES, LLC

Acquired On: April 23, 2018

Original Creditor: CAPITAL ONE BANK (USA), N.A.

Account Open Date: October 19, 2014

Need help creating a repayment arrangement that works for you? You can chat or call us during our hours of operations.

## Payment options

Pay Once              Pay Installments

### Frequently asked questions

- How do I pay off the entire debt today?
- Is it better to set up a payment plan or make individual payment(s) when I can?
- When do I need to pay it off, and when do I need to start paying?
- How did Portfolio Recovery Associates, LLC (PRA) get my account?
- Who is Portfolio Recovery Associates, LLC (PRA, LLC)?

View all FAQs

## Help with your account?

Contact & FAQs              Live CHAT

About Us

How It Works

The PRA Promise

Contact & FAQs

 

# M Gmail

---

## Re: UPDATED! PORTFOLIO RECOVERY ASSOCIATES - ACCOUNT(S) INFO REQUESTED - 6/30 [#338797]

---

**PRACustomerCare** <pracustomercare@portfoliorecovery.com>          Thu, Jul 1, 2021 at 4:39 PM
Reply-To: pracustomercare@portfoliorecovery.com
To: jlitt71@gmail.com

Thank you for contacting Portfolio Recovery Associates, LLC ("PRA") Digital Operations.

I have located your PRA accounts ending in 5332 and 5670.

With regards to your credit reporting question, if your account is reporting, within approximately 30 days of your final payment successfully posting, we will request the credit reporting agencies delete the PRA tradeline related to your account from your credit bureau report.

However, we sincerely appreciate you bringing this matter to our attention. Our company strives to provide professional and courteous service to all of our customers. The information provided will be noted in our system. Your concerns will be communicated to the appropriate department.

With regards to your request, and to accommodate your concerns, courtesy notification letter for account ending in 5332 has been requested and sent to the email address on file.

your account ending in 5670 is currently not eligible to view or pay online and is currently being handled by PRA's Disputes Department.

For any further questions or assistance, please contact PRA's Disputes department at: 1-866-428-6589.

Thank you,

Calvin-Agent ID: DIG6"
Digital Operations Agent
Portfolio Recovery Associates, LLC (""PRA"")
Company Address:
120 Corporate Blvd.
Norfolk, VA 23502
1-800-772-1413

Mon. to Fri 8 am-11 pm, Sat 8 am-8 pm, Sun 11 am- 10 pm (ET)
pracustomercare@portfoliorecovery.com

Click here to opt out of further emails to this email address

---

**NOTICE:** We are required under state law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws.

**NEW YORK CITY:** City of New York License Numbers- 1096994, 1394695, 1394697, 134696, 1394698, 2045465, 2052875, 2063671, 2076336, 2094929, 2096474

A translation and description of commonly-used debt collection terms is available in multiple languages on the NYC Department of Consumer Affairs' website, www.nyc.gov/dca.



# Portfolio Recovery Associates, LLC

| Account Details |
|---|

**Date:** 07/16/2021
**Account Number:** 5178057856735332
**Seller:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor:** CAPITAL ONE BANK (USA) N.A.
**Current Creditor:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Balance:** $0.00

Dear JERMAINE LITTLE,

Portfolio Recovery Associates, LLC ("PRA, LLC") has concluded its investigation of your dispute and is closing your account.

If PRA, LLC is reporting this account to the credit bureaus, PRA, LLC requested that the credit reporting agencies delete PRA, LLC's tradeline related to your account from your credit bureau report. PRA, LLC cannot control how fast the credit report agencies process requests.

Sincerely,
Disputes Department
Telephone: 1-800-772-1413

| Contact Us |
|---|

 **Online:**
www.portfoliorecovery.com

 **By Phone:**
Call 1-800-772-1413

 **By Mail:**
PORTFOLIO RECOVERY ASSOCIATES, LLC
120 Corporate Boulevard
Norfolk VA 23502

**This communication is from a debt collector. This communication is made for the limited purpose of responding to your dispute and is NOT an attempt to collect a debt.**

Notice: See Reverse Side for Important Information

D2

DEPT 922
PO BOX 4115
CONCORD CA 94524

**Account Number:** 5178057856735332
**Reference Number:** 15331300

CHANGE SERVICE REQUESTED

JERMAINE LITTLE
2825 COLD SPRINGS TRL SW
MARIETTA GA 30064-4457

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

# EXHIBIT D



 Sent to company

**STATUS**
Sent to company on
6/10/2021

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company responded

**STATUS**
Company responded on
6/23/2021

**RESPONSE TYPE**
Closed with explanation

### Company's Response

Portfolio Recovery Associates, LLC ("PRA") respects your concerns and takes compliance with all applicable state and federal laws very seriously. We investigated your complaint and found no records supporting your allegations of misconduct, including, without limitation, that PRA failed to comply with the applicable provisions of the Gramm-Leach-Bliley Act and its implementing regulations. For more information about how we use and share your personal information, please visit our website at www.portfoliorecovery.com to view our U.S. Consumer Privacy Notice and privacy policy. We believe that no further steps in response to your complaint or follow-up actions are required at this time.

 Feedback

Provide feedback about the company's response

    

JS 44  (Rev. 04/21)

21-CV-2772-WMR

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

JERMAINE LITTLE

2825 Cold Springs Trl SW
Marietta, GA 30064

**DEFENDANTS**

PORTFOLIO RECOVERY ASSOCIATES

120 Corporate Blvd
Norfolk VA 23502

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | **PERSONAL INJURY** | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 310 Airplane | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☒ 370 Other Fraud | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

*(FEDERAL TAX SUITS and SOCIAL SECURITY columns):*
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1331

Brief description of cause:
DECEPTIVE BUSINESS PRACTICES | NEGLIGENCE

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
TBD

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____