**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JERMAINE LITTLE,

    Plaintiff,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

CIVIL ACTION NO.
1:21-cv-02772-WMR-RDC

## MOTION TO DISMISS AMENDED COMPLAINT

Defendant, Portfolio Recovery Associates, LLC, by and through its undersigned attorneys and in accordance with LR 7, NDGa. and Rule 12(b) of Federal Rules of Civil Procedure, hereby files this, its Motion to Dismiss Amended Complaint, and states as follows:

As explained in more detail in the attached Memorandum of Law, the Amended Complaint must be dismissed because it still constitutes an impermissible "shotgun" pleading and further does not state any plausible claims for relief.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting this Motion, dismissing the Amended Complaint, awarding Defendant its reasonable attorney fees and costs, and granting Defendant such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1(D) CERTIFICATION

I HEREBY CERTIFY that this document has been prepared with one of the font point selections approved by the Court in LR 5.1, NDGa., specifically, Times New Roman 14-point font.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2021, this document was electronically filed with this Court using CM/ECF System and served on the following via U.S. Mail:

>Jermaine Little
>2825 Cold Springs Trail SW
>Marietta, GA 30064

>*s/ John Gaset, Esq.*
>Robert E. Sickles, Esq.
>Georgia Bar No. 840892
>John Gaset, Esq.
>Georgia Bar No. 883793
>**DINSMORE & SHOHL LLP**
>201 North Franklin Street, Suite 3050
>Tampa, FL 33602
>Phone: (813) 543-9848
>Primary: robert.sickles@dinsmore.com
>Secondary: kim.novak@dinsmore.com
>Secondary: eileen.garvey@dinsmore.com
>Primary: john.gaset@dinsmore.com
>Secondary: jessica.lovins@dinsmore.com
>*Counsel for Defendant*