UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JERMAINE LITTLE,

    Plaintiff,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.

CIVIL ACTION NO.
1:21-cv-02772-WMR-RDC

/

# NOTICE REGARDING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Defendant, Portfolio Recovery Associates, LLC, by and through its undersigned attorneys, hereby states as follows:

1. Defendant denies the allegations and statements contained in the Declaration of Jermaine Little in Support of the Plaintiff's Motion to Voluntarily Dismiss Without Prejudice (DE 19-2).

2. That being said, Defendant does not oppose Plaintiff's Motion to Voluntarily Dismiss Without Prejudice (DE 19), and agrees that this case should be dismissed.

## LOCAL RULE 7.1(D) CERTIFICATION

I HEREBY CERTIFY that this document has been prepared with one of the font point selections approved by the Court in LR 5.1, specifically, Times New Roman 14-point font.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF electronic filing system on December 22, 2021, and served via U.S. Mail on parties of record listed below:

>Jermaine Little
>Pro Se Plaintiff
>2825 Cold Springs Trail SW
>Marietta, GA 30064

>*/s/ John Gaset, Esq.*
>John P. Gaset, Esq.
>Georgia Bar No. 883793
>Robert Sickles, Esq.
> Georgia Bar No. 840892
>Primary: robert.sickles@dinsmore.com
>Primary: john.gaset@dinsmore.com
>Secondary: kim.novak@dinsmore.com
>Secondary: eileen.garvey@dinsmore.com
>Secondary: jessica.lovins@dinsmore.com
>**DINSMORE & SHOHL LLP**
>201 N. Franklin Street, Suite 3050
>Tampa, FL 33602
>Telephone: (813) 543-9848
>Facsimile: (813) 543-9849
>*Counsel for Defendant*