IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JERMAINE LITTLE,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,

    Defendant.

CIVIL ACTION FILE
NO. 1:21-cv-02772-WMR

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R & R") [Doc. 21], which recommends that the Court grant Plaintiff's Motion to Voluntarily Dismiss [Doc. 19] the Amended Complaint without prejudice and deny Defendant's Motion to Dismiss [Doc. 16] as moot. No objection to the R & R has been filed.

### I.    LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R & R that is the subject of a proper objection. *Id.* As no objection to the R & R has been filed in this case, the clear error standard applies.

1

## II. CONCLUSION

After considering the Final Report and Recommendation [Doc. 21], the Court receives the R & R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss [Doc. 19] is **GRANTED**, and the Amended Complaint is dismissed without prejudice. Defendant's Motion to Dismiss [Doc. 16] is **DENIED AS MOOT.** The Clerk of Court is directed to close this file.

IT IS SO ORDERED, this 17th day of March, 2022.

*[signature: William M. Ray II]*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE